# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

LARRY LLOYD,

                Plaintiff,

v.

MARK RUFENER,

                Defendants.

Case No. C17-5627 BHS-TLF

ORDER

      The District Court has referred this action, filed pursuant to 42 U.S.C. § 1983, to United States Magistrate Judge Theresa L. Fricke. On March 20, 2018, the Court directed service of Plaintiff's Amended Complaint on the named Defendants. Dkt. 20. The Clerk's Office mailed the Amended Complaint and waiver of service forms to each Defendant at the Kitsap County Jail. Defendants Sgt. Fitzwater and C/O Lewis waived service on April 6, 2018 and May 4, 2018 respectively, and attorneys Ione S. George and Christine M. Palmer of the Office of the Kitsap County Prosecuting Attorney appeared on their behalf on April 9, 2018. Dkts. 24, 26, 22. However, on March 30, 2018, the summons and complaint mailed to Defendant Nurse Senovia, who plaintiff alleges was employed by Conmed/Correct Care Solutions at the Kitsap County Jail, was returned to the clerk marked "no longer works here." Dkt. 21.

      In the interests of justice and judicial efficiency, the Court orders the Kitsap County Prosecutor's Office on or before **July 16, 2018** either (1) to file under seal the last known address of Defendant Senovia, or (2) to file a statement that after a reasonable search it cannot locate said

ORDER - 1

address. If an address can be located, the Court will again attempt service on Defendant Senovia. This solution alleviates two concerns involving prisoner litigation: (1) the security risks inherent in providing prisoners with addresses of people formerly employed at the jail; and (2) the reality of prisoners getting the "runaround" when they are attempting to access information through the government. *See Sellers v. United States*, 902 F.2d 598, 602-603 (7th Cir. 1990).

Defendant Senovia may also satisfy this Order by filing waivers of service and by having counsel enter a notice of appearance on her behalf.

Dated this 25th day of June, 2018.

Theresa L. Fricke
United States Magistrate Judge